Case 2:21-cv-09482-DOC-SP   Document 1   Filed 12/03/21   Page 1 of 9   Page ID #:1

RELATED DDJ

FILED
CLERK, U.S. DISTRICT COURT
DEC - 3 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: RS DEPUTY

1 - IN THE U.S. DISTRICT COURT
2    CENTRAL CALIFORNIA          2:21-CV-09482-DOC-SP
3                              THIS FILING
4    MICHAEL R. SPENGLER       SENT THRU A
5    #3984203-T.T.C.F.         3rd PARTY/FRIEND
6    450 BAUCHET STreet        as it will get to the
7    LOS ANGELES, CA 90012     court FASTER. BUT
8                              don't send him any Notices.
                               Still send to Me: M. Spengler
9    MICHAEL R. SPENGLER )  NEW FILING
10            VS.         )  CASE #
11   GRAMAXONE, et Al.    )  to be assigned
12   _____  )  10/25/2021 -
13                           MAiled/SENT
14
15   I) JURISDICTION & VENUE
16   THIS IS A CIVIL ACTION AUTHORIZED by
17   42 USC 1983/28 US 1331:$^{34}$ Furthermore
18   28 USC 1332 Federal QUESTIONS, 28 USC
19   1367 state law claims, declatory/injunctive
20   2201-2202, 2283-2284 of 28 USC.
21   petitioner further inserts: citizenship,
22   Dual jurisdiction, Forum Non conveniens
23   Diversity, (GRAMAXON/paraquat)
24   II VENUE: 28 USC 1391 - substantial
25   events occured in this district
26 - PLUS I AM Filing This to preserve statutes/imitations
27   deadlines. I plan to turn This over to a lawyer
     I always see on TV later, but just want to get it IN
                                                til then

2

III parties:

I) Plaintiff: Michael R. Spengler a plaintiff to this action & a pretrial detainee of almost 9 years at the L.A. Co. Jail Sheriff Dept. Twin Towers Correctional Facility TTCF

Defendants:
1) Gramaxone
2) Paraquat
3) Does 1-10 of those (2) companies
4) TTCF Medical Administration,

These are the makers/producers/sellers of that herbacide used on farms/orchards/vineyards & fruit/vegtebal/wheat fields. It has been linked to Parkinsons/M.S. & nerve damage & symptoms there of among field workers who used it. — It is a United States based product with offices/locations throughout U.S. including California & a main office/plant elsewhere in the U.S. hence citizenship/diversity/dual jurisidiction

3

IV FACTS/INJURY ~~GRAMAXONE/PARAQUAT+DOES 1-10~~

IN 2003-2004 I, PLAINTIFF, MICHAEL R. SPENGLER WAS a CITIZEN OF Los Angeles, county Near TTCF hence this being AN Appropriate court (USDC Central CA) but I Also temporarily lived IN ENSENADA, MEXICO at CASA de ESPERANZA BAJA, CA Rehab. 2003-2004. But I Still retained CALIFORNIA, U.S. citizenship.

TO ~~pay~~ my way, the rehab/RANCHERO would purchase CALIFORNIA/United States based products: GrAMAXONE/pArAQUAT + DOES 1-10 UNKNOWN Similar herbocides, and I (among others) worked at THE local "Hectores" Fields IN ROSARITO, TJ; LABUFADORA; used/sprayed these products personally and touched plants/soil/water that was sprayed by others working there. Since it is A CALIFORNIA/U.S. Based product: I AM Allowed to sue that product & I DONt have to sue Mexico/rehab/OR the "Hectores" Fields. A Decade later I WAS DIAGNosed with

4

progressive-relapsing Multiple sclerosis, Tardive Dyskenisia, optic Neuritous, Limb stiffness, tremors, Hallucinations, Anxiety/Depression, balance troubles, Misc. Nerve Damage + Mild Parkinsons. After suffering several years of these symptoms following my "release" from the rehab. ~~Makers of this product~~

My Doctors at My Multiple Jail + LAC+USC hospital Diagnosed me, thus this is another reason why USDC Central CA is Appropriate venue which includes 2014 Date of Discovery at the Jail/hospital. Multiple Clinics: opto/optho/neuro/uro/ENT/TMJ/M.S./ + Pain Management have come up with a list of reasons why I recieved my illnesses, + THE Herbicide is 1.

FACts #2: THESE Clinics have ordered THE Jail prescribed medications related to my Diagnosises. + Once Officials know about my serious medical need, they may NOT interfere

5

with or fail to carry out treatment that the clinics/doctors prescribed or ordered for me (Estelle v. Gamble 429 US at 104-05 ? Washington v. Dugger 860 F. 2d 1018, 1021 11 cir. 1988)

THESE CLINICS IN 2019-present have ordered JAIL OFFICIALS DEFENDANT TTCF MEDICAL ADMINistration to provide me particular M.S. & parkinsons related MEDICATION TTCF ADMIN. refuses to approve amoung other Neurulugical medication TREMEDOL, T3, Nevrontin, Torodol, solumederal, to reduce & slow the progression of Nerve DAMAGE, pain, and my diseases, INCLUDING Follow up after care to go back to the clinics to test 2020-2021 my progress that THE ADMINISTRATION has not approved.

Such interference amounts to deliberate indifference ? constitutional INJURY & IMMENENT DANGER OF further PHYSICAL INJURY QUALIFYING me for IFP STATUS SINCE I have 6+ strikes.

6

**V Claims:**

I) vs. Gramaxone/Paraquat/Does 1-10
This product has been linked in numerous recent lawsuits, both Federal + State to Parkinsons + M.S. + Nerve Damage.

#1) 28 USC 1367/ General Negligence + Federal Questions, Negligent Infliction Emotional Distress
The companies of had + have a legal duty to keep its consumers safe from physical harm. When that is not done, the company breaches its duty + has caused consumers (Spengler) damage physically + emotionally.

#2 28 USC 1367/ Personal Injury - Federal Questions
Makers + sellers of these products knew, or should've known or warned, its consumers, + incorporating facts + above claim #1, even if it did not know, it still has a product liability suit

#3 42 USC 1983 - vs. TTCF Administration
Incorporating its facts, not only is it related to the Gramaxone/Herbacide claim allowing me to file + recieve IFP on entire suit, but TTCF Admin. has interfered with its medically prescribed related treatment

7

resulting in further physical injury, pain, & loss of use of nerves.

Lastly the 9th circuit stated in my recent TTCF eye clinic reversal that I can recieve IFP status for the entire complaint as long as I show imminent danger in connection to the deliberate indifference 1 claim. (Andrews 493 F3d 1053·54) & 9th circuit allows me to cite "Does" & conduct Discovery.

prayer:

costs of suit, relief the court see's fit, order for court & law library attendence, I also need 60+ days each court order to reply to each court order due to mail delays (see TTCF eye/Jamie Anderson) compensatory - $50 million punitive $50 million or max by law

M. Spensler  [signature]  10/25/21

F ARAUJO #5683133
Terminal Annex
PO Box 86164
Los Angeles, CA 90086-
0164

LEGAL MAIL

RECEIVED
U.S. DISTRICT COURT

DEC - 3 2021

DISTRICT OF CALIFORNIA
DEPUTY

C/O UNITED STATES
DISTRICT COURT
255 E. TEMPLE ST.
LOS ANGELES, CA 90012